JS-6

# United States District Court
# Central District of California

| | |
|---|---|
| HERMIK ALLAHVERDIAN,<br><br>Plaintiff,<br><br>v.<br><br>TARGET CORPORATION ET AL.,<br><br>Defendants. | Case № 2:25-cv-00395-ODW (Ex)<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

The Court, having considered the parties' Stipulation of Dismissal pursuant to Rule 41 of the Federal Rules of Civil Procedure, hereby dismisses with prejudice the above-entitled action.  The Court **VACATES** all dates and deadlines.  The Clerk of the Court shall close the case.

**IT IS SO ORDERED.**

September 30, 2025

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**